IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TIMOTHY BLACK,
    Plaintiff,

vs.                                                 5:04cv409/LAC/MD

MICHAEL CROSBY, et al.,
    Defendants
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 6, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     This case is dismissed without prejudice for plaintiff's repeated failure to comply with an order of the court.

DONE AND ORDERED this 4th day of April, 2006.

*s/L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE